# EXHIBIT C

to Big E's Statement of Undisputed Facts
in Support of Motion for Summary Judgment

### *Excerpts from the Deposition of Keith Davis*

1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3

 4   ------------------------------)
     GCC MOVING, LLC and GARY       )
 5   COOK d/b/a GCC MOVING          )
         Plaintiff                  )
 6                                  )   C.A. NO. 1:16-cv-11538
             vs.                    )
 7                                  )
     ESTES EXPRESS LINES, CORP.     )
 8   D/b/a, alias, BIG E.           )
     TRANSPORTATION; and BIG E      )
 9   TRANSPORTATION, LLC d/b/a,     )
     alias ESTES EXPRESS LINES;     )
10   JOHN DOES 1-10, JANE DOES      )
     1-10 and XYZ CORPORATIONS      )
11   1-10                           )
         Defendants                 )
12   ------------------------------)

13

14              DEPOSITION OF KEITH DAVIS, a Witness in the
         above-entitled case, taken on behalf of the
         Plaintiff, before Patricia Quirk, CSR, Notary
15       Public in and for the State of Rhode Island, at
         the offices of Brainsky Levinson, LLC, 1543 Fall
16       River Avenue, Suite 1, Seekonk, MA 02771, on
         August 17, 2017, scheduled at 10:00 a.m.
17

18

19   PRESENT:

     FOR THE PLAINTIFF....BRAINSKY LEVINSON, LLC
20                   BY:  MATTHEW I. SHAW, ESQUIRE

21   FOR THE DEFENDANT....SCOPELITIS GARVIN LIGHT HANSON &
                          FEARY
22                   BY:  JAMES T. SPOLYAR, ESQUIRE

23

24

25
```

**Rhode Island Court Reporting**

Keith Davis

```
 1               (DEPOSITION COMMENCED AT 10:10 a.m.)

 2               IT IS HEREBY STIPULATED AND AGREED, by and

 3        between counsel for the respective parties that the

 4        Witness will read and sign the deposition

 5        transcript under the pains and penalties of

 6        perjury; that the reading and signing is deemed

 7        waived if not accomplished within 30 days of

 8        transcript delivery, and that the sealing, filing

 9        and certification of the deposition transcript are

10        waived.

11               It is further stipulated and agreed that all

12        objections, except objections to the form of the

13        questions, and motions to strike, will be reserved

14        until the time of trial or pretrial hearing.

15                         KEITH DAVIS

16               The Deponent, having been satisfactorily

17        identified and duly sworn by the Notary Public,

18        deposes and testifies as follows:

19                    EXAMINATION BY MR. SHAW

20   Q.   Good morning, Mr. Davis.

21   A.     Good morning.

22   Q.   My name is Matthew Shaw, we just met a moment ago.

23        I represent GCC Moving and Gary Cook in a lawsuit

24        that's been filed in the Commonwealth of

25        Massachusetts, entitled Gary Cook d/b/a GCC, Big E
```

8

```
 1                    MR. SHAW:  Can you repeat question?

 2                    (QUESTION READ BACK)

 3                    MR. SPOYLAR:  Same objection.

 4        A.    Big E Transportation provides delivery

 5        services to Estes Express Line.  Estes Express Line

 6        is a customer of Big E Transportation, so we do

 7        provide services to Estes Express Line.

 8   Q.   Big E provides services to Estes Express Line?

 9        A.    Yes.

10   Q.   You said Big E is a customer of Estes Express Lines

11        or vice versa?

12        A.    Vice versa.

13   Q.   So Estes Express Lines is a customer of Big E?

14        A.    Yes.

15   Q.   The delivery services provided by Big E, are those

16        all through contractors?

17        A.    Yes.

18   Q.   And those contractors work in the four major

19        regions that you've described earlier?

20        A.    That's correct.

21   Q.   Now, Estes Express Lines has its own delivery

22        drivers; is that correct?

23        A.    Yes, they do.

24   Q.   And are those employees of Estes Express?

25                    MR. SPOYLAR:  Object to the form of
```

1      contractors?

2                      MR. SPOLYAR:   Same objection.

3      A.   I did not.

4  Q.   When you were regional manager for Big E, what

5      region did you manage?

6      A.   The Southeast.

7  Q.   Could you describe for me how big the Southeast

8      region is in terms of the number of contractors and

9      the number of terminals, if that's an accurate way

10     to describe it?

11     A.   The number of contractors would be the best

12     way to explain it, anywhere between 25, maybe,

13     roughly 25 contractors, so --

14 Q.   And do those contractors work out of various

15     terminals in the Southeast region, or how do they

16     perform their duties?

17     A.   They didn't operate out of any terminals.  We

18     have some dedicated markets that we service for

19     Home Depot that is throughout the southeast.  We

20     service their stores directly.  We also service

21     Estes Express Lines and certain markets as well.

22                 I don't have, as far as the detailed

23     number of locations that we serve for Estes Express

24     Lines because I don't have it in front of me, but

25     just various Estes Express Lines locations and Home

**Keith Davis**

1        Depot locations.

2   Q.   So Big E, and I'm not trying to, you know, I'm not

3        trying to trick anyone here, I'm just trying to get

4        a better understanding of the structure of the

5        company.

6                So in the Southeast region, Big E would,

7        as a customer of Estes Express would service

8        various Estes Express terminals; is that accurate

9        or?

10  A.   Well, Big E isn't a customer of Estes Express.

11  Q.   Oh, I'm sorry, Estes Express is a customer of Big E?

12  A.   Yes.

13  Q.   So as a customer of Big E, would Big E's

14       contractors work out of Estes Express terminals?

15  A.   They didn't work out of Estes Express

16       terminals, we would go to their terminals and pick

17       up freight.

18  Q.   Okay.  Okay, all right.  Do you know how many Estes

19       Express terminals are in the Southeast region?

20  A.   I do not.

21  Q.   This structure in the Southeast, is it roughly the

22       same structure in the four regions across the

23       country?

24  A.   Generally, yes.

25  Q.   To the extent you know, I want to ask you some

26

1          else?

2          A.   Our vice president.

3     Q.   Who is the VP?

4          A.   Steve Sproles.

5     Q.   And once a determination is made with respect to

6          whether additional contractors should be retained,

7          what happens next, generally speaking?

8          A.   You know, generally speaking, that once we

9          come to an agreement on what's -- how many

10         contractors we need or -- to successfully service

11         the market, then we are going to get the ball

12         rolling and start working on getting the market set

13         up as far as bringing on contractors and stuff.

14    Q.   And is there anyone in a particular region that

15         would help you do that?

16         A.   Well, depending on what region it is, that

17         regional manager would assist, yes.

18    Q.   In 2012, do you know who the regional manager was

19         in the Northeast?

20         A.   Yes.

21    Q.   Who was that?

22         A.   Michael Rail.

23    Q.   The regional manager -- is the regional manager an

24         employee of Big E --

25                    MR. SPOYLAR:  Object to the form of

27

1        the question.

2    Q.   -- or contractor or some other status?

3                    MR. SPOLYAR:   Object to the form of

4        the question as requiring a legal conclusion.   Go

5        ahead.

6    A.    At the -- yes, Michael Rail was a Big E

7        employee.

8    Q.   So in 2012, if there was a determination as to

9        whether the Northeast region required additional

10       contractors, Mike Rail would have helped facilitate

11       that?

12                    MR. SPOLYAR:   Objection: vague and

13       speculation.   Go ahead.

14   A.    Repeat it one more time, please.

15   Q.   In 2012, when Mike Rail was the regional manager of

16       the Northeast region, once a determination that

17       additional contractors were required in the

18       Northeast region, then Mike Rail, would he have

19       helped facilitate acquisition of additional

20       contractors?

21   A.    Uh-huh.

22   Q.   And the need for additional contractors, regardless

23       of what region, I imagine that's pretty fluid,

24       changes day-to-day, month-to-month, year-to-year;

25       is that accurate, or --

**Keith Davis**

30

1      that -- strike that.

2              The various customer needs and volume and

3      amount of freight, are those types of fluctuations

4      that a regional manager would know about in a

5      particular region?

6      A.   Can you repeat it one more time, please?

7  Q.  The types of freight volume, customer needs,

8      routes, things of that nature, is that the type of

9      information that a regional manager would keep

10     track of?

11     A.   Yeah, he's -- that regional manager would be

12     involved in the -- in each operation or each market

13     that we have within that region, so, yes, he's

14     going to be involved in that, so --

15 Q.  Just like any company, your regional manager keeps

16     -- has knowledge of a specific market data and that

17     data is sent and transmitted to his boss -- or

18     transmits to his boss, and eventually makes it to

19     you, and Big E will track this type of information

20     for all the regions across the country?

21     A.   Well, yes, it's tracked on a weekly basis

22     through billing reports, so.

23 Q.  Can you describe for me the day-to-day duties of a

24     regional manager, generally speaking?

25     A.   Just general day-to-day operations, they are

1        going to be in contact with our customers, in

2        contact with our contractors, and just being that

3        liaison between a service need and services being

4        provided.

5    Q.  And in the Northeast region in 2012, one of those

6        customers of Big E Transportation would have been

7        Estes Express?

8    A.  Say it one more time.

9    Q.  In 2012, in the Northeast region, would one of

10       those customers have been Estes Express Lines?

11   A.  Yes.

12   Q.  It sounds like the Northeast region is a fairly

13       large geographical region, does -- is there just --

14       in 2012, was there just one regional manager?

15   A.  Yes.

16   Q.  And did that regional manager have an assistant or

17       a deputy or somebody who would help assist in the

18       duties?

19   A.  No.

20   Q.  Is there a -- was there a particular office that

21       the regional manager would work out of in 2012?

22   A.  He would work from home.

23   Q.  From home, okay.  How much travel would be involved

24       for a regional manager?

25   A.  Let's see, I would say a good week out of the

32

1    month, so, you know, a couple of days here, a

2    couple of days there.  I would say a good seven

3    days a month they are traveling through the week.

4  Q.  Where would they travel to?

5  A.   Just to various markets that we would be

6    servicing, checking with our customers and to make

7    sure the services are up to expectation.

8  Q.  In the Northeast region in 2012, do you know who

9    the customers of Big E were?

10  A.   I know of some of them, yes, that I recall.

11  Q.  Can you give me the names?

12  A.   We've got Estes Express Lines and Advance

13    Auto, right off the top of my head, so.

14  Q.  Do you have current customers of Big E

15    Transportation in the Northeast region?

16  A.   Right now we no longer have a contract to

17    provide services to Advance Auto.

18  Q.  For how long has Estes Express --

19  A.   Actually, let me back peddle a little on that.

20    We actually have dedicated contracts with Lord and

21    Taylor, we do their store replenishment, and we

22    also have Home Depot.  But they are -- we run out

23    of the Northeast region for them as well, so doing

24    dedicated services in the northern Philly market,

25    Philly and northern Pennsylvania, so.

**Keith Davis**

| | |
|---|---|
| 1 | Q.   How much -- if you could provide a percentage, how |
| 2 |      much percentage of Big E's business is dedicated to |
| 3 |      servicing its Estes Express customer? |
| 4 |                    MR. SPOLYAR:  Object to the form of |
| 5 |      the question as requiring speculation and lacking |
| 6 |      foundation.  Go ahead. |
| 7 |      A.   I'm not sure. |
| 8 | Q.   Do you know if it's 50 percent or more, 50 percent |
| 9 |      or less? |
| 10 |      A.   I couldn't tell you. |
| 11 | Q.   That's fine.  That's fine.  Regardless, Big E, its |
| 12 |      customer base includes Estes Express, Lord and |
| 13 |      Taylor, and Home Depot, as we sit here today? |
| 14 |      A.   Those are some of them. |
| 15 | Q.   That's not an exhaustive list, but that's what you |
| 16 |      can recall, as we sit here today? |
| 17 |      A.   In the Northeast region. |
| 18 | Q.   In the Northeast region, correct. |
| 19 |      A.   And actually you can add Amazon to that list |
| 20 |      because we just got the contract as well, so we run |
| 21 |      Amazon now, too. |
| 22 | Q.   Do you run contract delivery services right from |
| 23 |      the warehouse in Fall River here? |
| 24 |      A.   No, sir.  We actually, we run lanes from |
| 25 |      there, actually from the -- I don't know if we |

**Keith Davis**

1              Do you know of any other customers in the

2     New England market?

3     A.   Yes.

4  Q.   Could you tell me who they are?

5     A.   Home Depot.

6  Q.   Are there any other ones?

7     A.   Right off the top of my head:  Home Depot and

8     Estes Express Lines are two.

9  Q.   There could be more?

10     A.   There could be more.

11  Q.   Do you know what percentage of business Estes

12     Express Lines brings to Big E in the New England

13     market?

14              MR. SPOLYAR:  Object to the form of

15     the question as asked and answered and lack of

16     foundation.  Go ahead.

17     A.   I'm not sure of the percentages.

18  Q.   We're just talking about the New England market,

19     not the Northeast region?

20     A.   Okay.

21  Q.   Once a determination is made that a particular

22     region and market requires contractor services,

23     what happens next?

24     A.   We fill new contractors or get our current

25     contractors to put on additional drivers.

39

1              Generally that's what -- that's what we,

2       as far as Big E, that's what -- +we'll go to our

3       current contractors, let them know that we have

4       additional business, see if they are interested in

5       the additional business.  If they are, that

6       contractor will provide additional driver services

7       for us.

8              If they are not interested in the

9       additional business, then at that point we will

10      expand to find new contractors; additional

11      contractors.

12  Q.  If a current contractor wants to take on the new

13      business, does that current contractor have to

14      enter into a new independent contractor operating

15      agreement?

16  A.   No.

17  Q.  How does a current contractor take on new business?

18                  MR. SPOLYAR:  Objection:

19      Speculation.  Go ahead.

20  A.   I don't understand.

21  Q.  If a current contractor is under agreement to

22      provide driving services, and if that contractor

23      is, say at capacity in terms of the number of days

24      that that contractor works per week, you know, how

25      is it that that contractor takes on new work, or

**Keith Davis**

40

1          maybe the contractor can't take on new work?

2     A.    That would be completely up to the contractor,

3          so, I can't answer that.

4  Q.    Okay.  Does the contractor -- would the contractor

5          hire drivers on his own?

6     A.    Uh-huh.

7  Q.    Is that common or you don't know?

8     A.    As far as?

9  Q.    As far as contractors hiring drivers?

10     A.    Yeah, I mean it's common, contractors, they

11          generally hire their own drivers.

12  Q.    It's common industry practice?

13     A.    Uh-huh.

14  Q.    Now, so is it the practice of Big E to go to its

15          current contractors first and ask if they want to

16          take on additional customer needs?

17     A.    Yes.  If the contractor has a footprint in

18          that market already, then, yes, we'll go to that

19          contractor and negotiate the additional business

20          that Big E has taken on; and if they are interested

21          in taking on the additional work, then they will

22          provide additional driver services; and if they are

23          not, then no hard feelings, we'll, you know,

24          continue searching for, you know, a contractor to

25          service the market.

1   Q.   When you say, "negotiate the additional work," what

2        do you mean by that?

3        A.   Just give them an explanation of, oh, okay,

4        this is the additional business that Big E has been

5        awarded.  Are you interested in it?  And if you are

6        interested in it, you know, either, yes or no.

7        It's pretty self-explanatory.  I mean, it's --

8   Q.   Is there any negotiation for additional

9        compensation for additional business?

10       A.   Yes.  If there's any question about the

11       compensation or the rates for that particular

12       market then, yeah, we are going to discuss that as

13       well, that's normally the first question they ask.

14       So, what are the details and how much, what are

15       their rates.

16  Q.   If there's a renegotiation on compensation, how is

17       that -- how is that memorialized?  Is it

18       memorialized as an addendum to the contract?

19       A.   Yes.

20  Q.   Would that appear as an additional attachment to

21       the contract?

22       A.   Yes.

23  Q.   It wouldn't be an entirely new contract?

24       A.   No.

25  Q.   Now, if a decision was made to acquire additional

43

1       it was determined that there was a need for

2       additional contractors, who would make the

3       cold-calls?

4       A.   It would be our regional manager.

5  Q.   In 2012, it would have been Mike Rail?

6       A.   Yes.

7  Q.   Mike Rail is no longer there; is that correct?

8       A.   That's correct.

9  Q.   Do you know who the current regional manager is

10      over there?

11      A.   I'm currently overseeing it.

12  Q.   You are?

13      A.   Uh-huh.

14  Q.   How long have you been overseeing it?

15      A.   Since Mike Rail's departure.

16  Q.   All right.  When was that?

17      A.   I want to say 2016.

18  Q.   Do you have the reason for his departure?

19      A.   Just a reduction in force; reduction in

20      business.

21  Q.   So now making cold-calls would fall to you?

22      A.   Uh-huh.

23  Q.   And as silly as this sounds, who would post the

24      listing on Craig's List or some other forum for

25      drivers or for contractors?

48

1         it really all depends -- like I said, it's
2         generally going to be in a hotel lobby though, so.
3    Q.   In the course of retaining contractors for Big E in
4         the Northeast region and, in particular, the New
5         England market, do you know if any meetings between
6         Big E and potential contractors occurred at an
7         Estes Express terminal?
8    A.   I don't know.
9    Q.   That's something that may have happened or may not
10        have happened?
11   A.   I guess it could have if -- I've never met
12        with any contractors at an Estes Express terminal,
13        but I can't speak for anybody else though.
14   Q.   I understand you don't know one way or the other;
15        is that fair?
16   A.   Yeah, I don't know.
17   Q.   Once you've had an initial phone call with a
18        potential contractor and there's a -- there's a
19        mutual agreement to move forward, what happens
20        next?
21   A.   Well, then we are going to send them the
22        contract or give them the contract and they are
23        going to sign it, or, you know, we'll negotiate if
24        there's any negotiation on the rates, we'll discuss
25        the rates and everything.

**Keith Davis**

50

```
1              who's going to fill out a contractor application

2              and it's submitted to -- it's submitted to our

3              corporate office where it's processed there.

4    Q.    Is it submitted to Big E corporate office or Estes

5          Truckload Management?

6    A.    Estes Truckload Management.

7    Q.    Okay.  I'm going to show you a document that's been

8          marked in a prior deposition as Exhibit 4, I'm

9          going to ask you if you recognize that document?

10   A.    I do.

11   Q.    Generally speaking, what is this document?

12   A.    It is a contractor application.

13   Q.    Okay, at what point in time -- is this -- strike

14         that.

15              Is it the form of application that's

16         currently being used by Big E Transportation?

17   A.    Yes.

18   Q.    At what point in time would a potential contractor

19         fill out this application?

20   A.    Just at the beginning of the recruiting

21         process.  After initial contact has been made and

22         discussed, the market, and background of their

23         company, what their -- what kind of services they

24         provide, and, you know, as long as the services

25         they provide are the services that we need for the
```

1              actual market, then we are going to send this to

2              them and they are going to fill it out and send it

3              back to us.

4    Q.    Do they fill this out before the background check

5          or after?

6    A.    Before.

7    Q.    And is this application also submitted to Estes

8          Truckload Management?

9                        MR. SPOLYAR:  Objection: asked and

10         answered.  Go ahead.

11   A.    Yes.

12   Q.    And you testified, I think, correct me if I'm

13         wrong, that the corporate office handles the

14         background check, and you are not certain, as we

15         sit here today, what's involved in a background

16         check?

17                       MR. SPOLYAR:  Objection:

18         mischaracterizes the witness' testimony.  Go ahead.

19   A.    Yeah, I'm not involved in any of the

20         background process so I couldn't say either way.

21   Q.    Regardless, that's handled by Estes Truckload

22         Express?

23                       MR. SPOLYAR:  Objection: asked and

24         answered, lacks foundation.  Go ahead.

25   A.    No.

**Keith Davis**

52

```
 1   Q.   Who handles the background check?
 2        A.    Estes Truckload Management, you said Estes
 3        Truckload Express.
 4   Q.   Okay, all right.  Do you know who at Estes
 5        Truckload Management handles the background check?
 6        A.    We just have a compliance department, so no
 7        general person.
 8   Q.   So you've met with the potential contractor, you --
 9        the potential contractor has drafted an application
10        and then a background check has been performed, at
11        that point in time is that when you move to
12        negotiation of the contract and conversation?
13        A.    Yes.  Yup.
14   Q.   Okay.  If you could, if you know, could you
15        describe what aspects of the contract or performed
16        services is negotiated in terms of scope of work
17        and compensation?
18                      MR. SPOLYAR:  Objection: vague.  Go
19        ahead.
20        A.    I guess, generally, any portion of the
21        contract could be negotiated.  Generally, we send
22        the contract -- whenever I send the contract to a
23        potential contractor, I'll e-mail it to them, and
24        give them the opportunity to look it over.
25                      A lot of times I will take it to -- that
```

53

1      contractor will take it to their personal attorney

2      and follow back up with any questions or concerns,

3      and if there's any negotiation that takes place,

4      then it will take place at that time, so.

5  Q.  What are some of the terms, if you know, that are

6      typically negotiated in the contract?

7  A.   I can't, I'm not sure of any specifics.  Just

8      if a particular contractor has some concerns or

9      questions about certain terms, then we'll talk

10     about it and negotiate it, and, you know, move

11     forward from there.  I just can't speak of any --

12 Q.  Changes contractor to contractor, I'm sure?

13 A.   Yes, oh, yeah.

14 Q.  Now, do you know how Estes Express makes a

15     determination as to whether to use contractors

16     provided by Big E or employees of Estes Express in

17     making deliveries?

18                 MR. SPOLYAR:  Object to the form of

19     the question as lack a foundation.  Go ahead.

20 A.   I don't know actually how Estes Express Lines

21     determine it.  Big E provides specialized services

22     for Estes that would require residential -- mostly

23     residential deliveries, that would require a box

24     truck with lift gate, so I can only speak on the

25     services that Estes Express pays Big E to provide.

56

1   Q.   And if a contractor fails, in any respect, to

2        obtain those insurance certificates, is a contract

3        terminated, or at this point we're not at contract,

4        so you just give a potential contractor the

5        opportunity to get his or her ducks in a row?

6   A.     Generally, if -- yeah, if they don't have the

7        minimum coverages, then we'll let them know this is

8        what is required to take on the contract, and that

9        contractor can make the decision if they need to

10       get the minimum coverages to take on the contract

11       or they don't, you know.

12  Q.   Does Big E require the certificate of insurance

13       that you just described from a particular insurer,

14       or is it at the contractor's discretion to obtain

15       insurance from whatever provider they can find?

16  A.     That's correct, it's at the contractor's

17       discretion, so --

18  Q.   Exhibit 5 refers to a driving record from state

19       agencies.  Do you know if, as we sit here today,

20       whether Big E requires that of potential

21       contractors?

22  A.     If a contractor is operating up under Big E

23       authority, DOT authority, then, yes, it is

24       required.

25  Q.   And if they are operating under their own

Keith Davis

1         authority?

2         A.    It's not required.

3    Q.   And I'll ask the same question with respect to

4         Exhibit 5, which requests annual driver's

5         certification of violations, is that something that

6         Big E requires, as we sit here today, for those

7         contractors operating under Big E's authority?

8         A.    Yes.  If the contractor operates under Big E's

9         authority, DOT's authority, then, yes, it is

10        required.

11   Q.   If a contractor is operating under its own

12        authority, then it's not required?

13        A.    It's not required.

14   Q.   There's reference to a driver's road test

15        certificate or equivalent, is that something that

16        Big E would require, as we sit here today, if a

17        contractor was operating under Big E's authority?

18        A.    Yes.

19   Q.   And how about if the contractor was operating under

20        its own authority?

21        A.    No.

22   Q.   Exhibit 5 further refers to a medical exam and

23        certificate, is that something that Big E would

24        require from a contractor operating under its own

25        authority?

Keith Davis

58

1      A.   I'm sorry, one more time.  Up under their own

2      authority?

3  Q.  Up under Big E's own authority, yeah?

4      A.   If the contractor is operating under a Big E

5      authority then it would be a requirement.  If they

6      are operating on their own, then, no.

7  Q.  Are contractors operating under Big E's authority

8      required to obtain a medical examination?

9      A.   Just to rephrase your question, every

10     commercial driver has to have a medical

11     examination, they have to carry a medical card.

12 Q.  That's drivers in the industry regardless of

13     whether they are driving for Big E --

14     A.   Or anyone.  If they are providing commercial

15     driver's services, by federal law they have to have

16     one.

17 Q.  Okay.  That's a certificate that's carried by

18     drivers?

19     A.   Yes.

20 Q.  How long is that certificate good for?

21     A.   Anywhere from six months to two years

22     depending on a particular driver's health

23     background.

24 Q.  Okay.  If a certificate lapses during a

25     contractor's contract with Big E, what happens?

62

1          FMCSA, so.

2    Q.    Are those, if you know, are the federal regulations

3          that the contractors are required to comply with,

4          are they memorialized in the contract that Big E

5          uses with its independent contractors?

6                        MR. SPOLYAR:  Objection: legal

7          conclusion, lacks foundation.  Go ahead.

8    A.    Not that I'm aware of.

9    Q.    Okay.  It could be memorialized there or it could

10         not be, you are just not aware?

11   A.    I am just not aware.

12   Q.    Again, you didn't draft the document, correct?

13   A.    Correct.

14   Q.    All right.  So a driver has -- I'm sorry, a

15         contractor has been cleared to perform services

16         as -- for Big E, what happens next in terms of,

17         does the driver just show up to a particular market

18         and location?

19                        MR. SPOLYAR:  Foundation,

20         speculation.  Go ahead.

21   A.    Yes, they are.  At that point once the

22         contractor is ready to start, the contractor is

23         going to be provided with the details of the work,

24         and the contractor will carry out that work.

25   Q.    And who provides the contractor with the details of

```
 1        the work?

 2        A.    It would be the regional manager.

 3   Q.   And as we sit here today, for the Northeast region

 4        that would be you?

 5        A.    Uh-huh.

 6   Q.   And in 2012, that would have been Mike Rail?

 7        A.    Yes, sir.

 8   Q.   And when you say, "details of the work," what do

 9        you mean by that?

10        A.    Just the scope of the services that Big E

11        would be providing to their particular customer.

12   Q.   And how would those details be given, over the

13        phone, in an e-mail?

14        A.    It could be in person, it could be over the

15        phone, it could be an e-mail, it could be any form

16        of communication.

17   Q.   Is it possible that a contractor could be secured

18        or retained to provide services for one particular

19        customer in a region?

20        A.    Yeah, to provide dedicated services?

21   Q.   Yes.

22        A.    They could, yeah.

23   Q.   Is that common, uncommon?

24        A.    I guess it's about 50 percent.  I mean, it

25        really depends on what customers are being serviced
```

**Keith Davis**

71

1              You know, as far as the freight that they

2       couldn't handle, it would be up to the customer to

3       manage that, and I'm sure that the customer would

4       reach out to our team and say, hey, you know, we

5       need some additional services.  And at that point

6       it would be, you know, up to our team to, you know,

7       try and manage to do that.

8   Q.   With respect to Estes Express as a customer, do you

9       know if, at that point in time, Estes Express would

10      contact Big E for additional services, or whether

11      they would use their own services?

12  A.    It's completely up to the customer, so.

13  Q.   So in my example, the contractor or driver is at

14      the Estes Express customer terminal to pick up a

15      delivery, is that delivery given to that driver or

16      owner/operator by the manager, the on-site manager?

17  A.    Obviously, the freight is going to be tendered

18      from a point of contact from the customer, so at

19      some point the freight is going to be tendered to

20      that driver.

21  Q.   It could be the on-site manager, or it could be an

22      employee of the customer?

23  A.    Yeah, exactly.

24  Q.   Who physically loads the truck?

25  A.    The contractor would load the truck.

Keith Davis

72

1   Q.   And who determines in what manner the freight gets

2        delivered?

3                        MR. SPOLYAR:  Objection: vague.  Go

4        ahead.

5        A.   The contractor is going to plan their

6        deliveries, what best suits their route, their

7        efficiency, their fuel, whatever has to do with

8        their internal business.

9   Q.   Okay.  In the Northeast market and more particular

10       the Estes Express customer terminal in Seekonk, do

11       you know if they have any special requirements of

12       Big E in transporting deliveries and freight,

13       special requests?

14       A.   What do you mean?

15  Q.   In terms of, we want?  For instance, freight to be

16       delivered, handled in a certain manner to its end

17       point?

18       A.   Obviously, there's a level of expectation that

19       the freight is being handled with integrity, so

20       that goes without saying no matter what company,

21       what provider, whoever it is.  I mean, you order

22       something, you want your freight to be handled with

23       integrity, so there's a level of expectation there

24       for sure.

25  Q.   So I've gotten to the point where a contractor

**Keith Davis**

73

1        driver has freight onboard and is ready for

2        delivery, and again, I'll use the Estes Express

3        customer in Seekonk as a point of reference.

4              What happens during the process of

5        delivery, and let me qualify that or explain

6        further by asking:  By what means does the

7        contractor or driver keep track of deliveries and

8        the manner and order in which they are done?

9    A.   That's going to be completely up to the

10       contractor with, you know, how they load the

11       freight, where do they load the freight.  So it's

12       really at the contractor discretion, so.

13   Q.  With respect to the Estes Express customer in

14       Seekonk, is there any type of manifest or delivery

15       ticket that's maintained with the freight?

16   A.   Yeah.  So any shipment that's tendered to the

17       contractor is going to have a delivery receipt for

18       that particular shipment, which is what the

19       contractor is going to utilize, and have the

20       customer sign whenever the delivery is completed.

21   Q.  Aside from a delivery receipt, is there any

22       other -- excuse me, is there any other manner in

23       which a contractor or driver would keep track of

24       deliveries of shipment for the Estes Express

25       customer in Seekonk?

74

```
1         A.    What do you mean?  Can you repeat the question
2         one more time?
3    Q.   Aside from the delivery receipt, is there any other
4         method or means that the contractor or driver would
5         keep track of deliveries for the Estes Express
6         customer?
7         A.    As far as what shipments that driver picked up
8         from the customer that day.
9    Q.   In terms of what shipments that customer that
10        contractor or that driver picked up from Estes
11        Express, say in the morning, and delivered
12        throughout the day?
13        A.    Well, they are going to -- the contractor,
14        like I said, is going to be given the delivery
15        receipts and they will have a -- they will also be
16        given a manifest.  I'm not sure if that's what
17        you're looking for.  They will be given a manifest,
18        they will also list each particular delivery that
19        was picked up that day.  As far as how the
20        contractor manages his internal billing or how that
21        contractor keeps track of his, the deliveries that
22        his business has made is up to him, I don't know.
23   Q.   I'm looking in terms of how a contractor or driver
24        would keep track on behalf of the customer?  So, I
25        don't know, if -- is there a, you know, a computer
```

Keith Davis

1          you see?

2                   For example, UPS drivers, they come

3          around with their little pads, and they want you to

4          sign off on your name or something like that, and I

5          imagine that keeps track of, all right, this

6          verifies that everything has been delivered as it's

7          supposed to.

8                   My question is:  Aside from the paper,

9          what I imagine is a paper delivery receipt and a

10         paper manifest, is there any other tracking means

11         that are used by contractors or drivers?

12    A.   I guess, that would -- if it was provided, it

13         would be provided at the discretion of the

14         contractor for their drivers, so --

15    Q.   That's not a -- that's not something that Estes

16         Express, as a customer, would require of Big E's

17         contractors?

18    A.   No.

19    Q.   That's not something that Big E would require for

20         its contractors?

21    A.   No.

22    Q.   So once everything is delivered -- and again, I'm

23         going to use Estes Express Lines as an example,

24         once everything is delivered on behalf of the

25         customer, what does the contractor, driver do then?

1      A.    As far as?

2  Q.   If he's got an empty truck?

3      A.    Once he finishes his obligations, who knows,

4      it's up to the contractor on what he does.

5  Q.   Does he have to take delivery receipts or manifests

6      anywhere?

7      A.    The manifest would, obviously, be up to the

8      contractor on what they did with that.  Copies of

9      the delivery receipts that show the completed

10     delivery would be returned to the customer, so to

11     Estes Express Lines.

12 Q.   Okay.  Does the contractor or driver have to --

13     contractor or driver have to return those

14     immediately or?

15     A.    No.

16 Q.   When a contractor or driver returns that paperwork,

17     is that something that's set by the driver,

18     contractor, Big E, or the customer?

19                    MR. SPOLYAR:  Objection: vague.

20     A.    What do you mean?

21 Q.   Obviously, the delivery receipts have to get back

22     to the customer, correct?

23     A.    Yes.

24 Q.   The timeframe in doing that?

25     A.    In doing that?

77

1    Q.    Yes.  Is that something that's set by the customer,

2          Big E, or is that left to the discretion of the

3          contractor, driver?

4    A.    It's up to the discretion of the contractor on

5          when, you know, him or his driver, the contractor

6          or his driver, returns the paperwork to the

7          customer.

8               Obviously, the freight that was delivered

9          cannot be invoiced to the final-mile customer until

10         that paperwork has been received back, the delivery

11         has been confirmed that the delivery was made

12         successfully.

13              So, obviously, if there was some time

14         that passed our customer is going to be requesting

15         an update on that paperwork.  So is there a

16         specific time -- this has to be back by this time,

17         no, but, you will not be paid until we have

18         confirmation; until the customer has confirmation

19         that the delivery was made.  So, you know,

20         obviously, if the contractor wants to be paid he's

21         going to expedite that paperwork to expedite his

22         billing.

23   Q.    Now, Estes Express is a customer of Big E, correct?

24   A.    Uh-huh.

25   Q.    Is there a contract between Estes Express and Big E

80

1           for contractors, and going through that process

2           that we've discussed to final placement of GCC

3           Moving and Gary Cook at whatever customer needed

4           them?

5                         MR. SPOLYAR:  Objection: Object to

6           the form of the question as mischaracterizing the

7           witness' testimony.  Go ahead.

8           A.   Could you repeat it one more time, sorry?

9                         MR. SPOLYAR:  Just give me a chance

10          to get in.

11   Q.     Is it fair to say that the process that we've

12          discussed today in terms of determining whether

13          there is a need for a contractor, in a particular

14          market, through the solicitation, background check,

15          application, et cetera, to the final placement of a

16          contractor at a particular market to service a

17          customer, is it fair to say, that process that

18          we've discussed today, would have been the same in

19          2012, as it relates to GCC Moving and Gary Cook as

20          it is today?

21                        MR. SPOLYAR:  Object to the form of

22          the question as mischaracterizing the witness'

23          testimony.  Now you can go ahead.

24          A.   Yes, it's the same as what we discussed,

25          nothing has changed.

82

```
 1        carries over, so.
 2   Q.   Now, I'll point you to Exhibit 2, and ask if you
 3        recognize that document?
 4   A.     (Witness perusing document.)   Okay.
 5   Q.   And that's also a contract between Big E and GCC
 6        Moving, correct?
 7   A.     Yes.
 8   Q.   Do you know if that contract has been terminated?
 9   A.     I believe so, yes.
10   Q.   I'll represent to you, and you can correct me if
11        I'm wrong, it would appear that that contract was
12        executed in 2015; is that correct?
13   A.     Yes.
14   Q.   Did you have any role in the execution of this
15        contract on behalf of Big E and Gary Cook?
16   A.     As far as?   Explain a little bit further.
17   Q.   In terms of negotiating the contract, scope of
18        work, compensation, and the like?
19   A.     Yeah.   The only thing that changed between
20        this contract and this contract was that GCC was
21        operating up under BE Authority; up under this
22        contract, and up under this contract, GCC was
23        operating under their own authority.
24   Q.   Exhibit 2, 2015?
25   A.     Yeah, the most recent signed contract was.
```

Keith Davis

83

1    Q.    Do you know why the contract ended?

2          A.    With?

3    Q.    With GCC Moving?

4          A.    Just reduction in markets, business levels,

5          reduced, which resulted in termination of the

6          contract.

7    Q.    Do you know if GCC Moving had any drivers working

8          for it under the 2015 agreement?

9          A.    What do you mean?

10   Q.    Did GCC Moving have any -- did it employ any

11         drivers under that, under the 2015 agreement?

12         A.    I don't know if he had -- I mean, yeah, of

13         course, he had drivers.  He was providing -- GCC

14         was providing Big E with driver services, so, yes.

15   Q.    Independent of owner/operator type of services, did

16         Big E, or did GCC have any other drivers that were

17         performing services for it, if you know?

18         A.    I don't know.

19   Q.    As we discussed earlier, how Big E will engage

20         contractors to perform services, and those

21         contractors may have drivers that actually perform

22         services on behalf of the contractor and fulfilling

23         the contract; is that accurate?

24         A.    Yes.

25   Q.    I'm just trying to figure this out.  Do you know at

91

```
1                    C E R T I F I C A T E

2

3           I, PATRICIA QUIRK, a Notary Public in and

4      for the State of Rhode Island and the Commonwealth

5      of Massachusetts, do hereby certify that I am

6      expressly approved as a person qualified and

7      authorized to take depositions pursuant to rules of

8      Civil Procedure of this Court, especially but

9      without restriction thereto, under Rules 29 and

10     30(b)(4) of said Rules; that the witness was first

11     sworn by me; that the transcript contains a true

12     record of the proceedings.

13

14     Reading and signing of the transcript was not

15     requested by the deponent or any parties involved

16     upon completion of the deposition.

17

18     IN WITNESS WHEREOF, I have hereunto set my hand

19     this      day of_____, 2017

20

21

22     PATRICIA QUIRK, CSR
       NOTARY PUBLIC/CERTIFIED COURT REPORTER
23     MY COMMISSION EXPIRES 12/11/2017

24

25
```

## CORRECTION SHEET/ERRATA SHEET

Case Name:             GCC Moving, LLC and GARY COOK d/b/a GCC Moving v. ESTES EXPRESS LINES, CORP. d/b/a, alias, BIG E TRANS

Date of Deposition:    August 17, 2017

Deponent:           Keith Davis

      I, Keith Davis, do hereby certify that I have read the foregoing statement and that, to the best of my knowledge, said statement is true and accurate (with the exception of the following changes listed below:

| Pg. No. | Line No. | CHANGE TESTIMONY TO READ AS FOLLOWS: |
|---------|----------|--------------------------------------|
| 16 | 4-5 | Chris Seng has always been an owner operator. |

Dated: _Oct. 30 2017_              _Keith Davis_

                                                 Keith Davis

4827-2384-6739, v. 1