IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GCC MOVING, LLC<br>GARY COOK d/b/a GCC MOVING,<br><br>            Plaintiffs,<br><br>v.<br><br>ESTES EXPRESS LINES, CORP, d/b/a, alias<br>BIG E TRANSPORTATION (so-called), and<br>BIG E TRANSPORTATION, LLC d/b/a, alias<br>ESTES EXPRESS LINES (so-called); JOHN<br>DOES 1-10, JANE ROES 1-10 and XYZ<br>CORPORATIONS 1-10,<br><br>            Defendants. | Case No. 1:16-cv-11538-RGS |

**PLAINTIFFS', GCC MOVING, LLC AND GARY COOK, d/b/a GCC MOVING, LLC, OBJECTION TO EXPERT REPORT, OR IN THE ALTERNATIVE, <u>TO STRIKE AND EXCLUDE</u>**

**NOW COME**, Plaintiffs, GCC Moving LLC and Gary Cook, d/b/a/ GCC Moving, (hereinafter, the "Plaintiffs"), pursuant to the Federal Rules of Civil Procedure and Local Rules of the District of Massachusetts, and hereby Object to Defendants,' Big E Transportation, LLC's and Estes Express Lines, (hereinafter, "Defendants") expert report dated November 17, 2017, (hereinafter, the "Crandall Report"); alternatively, Plaintiffs move to strike and exclude the same. As grounds, Plaintiffs aver the matter before this Court is not so complex as to require explanation of facts and opinions by expert testimony. Plaintiffs respectfully rely on their accompanying memorandum of law in support.

**WHEREFORE**, Plaintiffs Object to the use of and reliance of the Crandall Report and respectfully request an Order of this Honorable Court striking or otherwise excluding the same.

Plaintiffs,

**GCC MOVING, LLC**
**GARY COOK, d/b/a GCC MOVING**

*/s/ Matthew I. Shaw*
_____
Eric S. Brainsky (BBO#663136)
Michael E. Levinson (BBO#666108)
Matthew I. Shaw (BBO#569298)
Brainsky Levinson, LLC
1543 Fall River Avenue, Suite 1
Seekonk, MA 02771
Ph:   (508) 557-1910
Fax:  (508) 557-1905
mshaw@brainskylevinson.com

Dated: March 2, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, the foregoing document was filed electronically through the ECF System and is available for viewing and downloading from the ECF System, that it will be sent electronically to counsel of record identified as registered participants on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Matthew I. Shaw*
_____